☼AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

_____WESTERN_____ District of _____ARKANSAS_____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For **Revocation** of Probation or Supervised Release) |

| KELLY MALLOY | Case Number: | 2:09CR20048-001 |
| | USM Number: | 08384-010 |
| | James Pierce | |
| | Defendant's Attorney | |

**THE DEFENDANT:**

X plead guilty to violation of condition(s) _General and Special_ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Unlawful use of a controlled substance | September 19, 2012 |
| Special | Failed to comply with drug testing and counseling | September 14, 2012 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: xxx-xx-4756 | October 10, 2012 |
| Defendant's Date of Birth: xx/xx/1969 | Date of Imposition of Judgment |
| | ✓ /S/ Robert T. Dawson |
| | Signature of Judge |
| Defendant's Residence Address: | |
| XXXXXXXXXXXX | |
| Fort Smith, AR 72903 | Honorable Robert T. Dawson, Senior United States District Judge |
| | Name and Title of Judge |
| | 10/11/12 |
| | Date |
| Defendant's Mailing Address: | |
| Same as above | |

DEFENDANT: KELLY MALLOY
CASE NUMBER: 2:09CR20048-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: 14 months with no term of supervised release to follow.

X  The court makes the following recommendations to the Bureau of Prisons:

The defendant participate in a substance abuse treatment program while incarcerated in the Bureau of Prisons.

X  The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL